

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00331-CR

John Darrick **RITTENBERRY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

# O R D E R

On November 1, 2021, appellant filed a letter in this court asking for the appointment of counsel to represent him in this appeal. On November 9, 2021, we abated this appeal to the trial court to determine if appellant is indigent and, if so, to appoint counsel to represent him in this appeal. On November 16, 2021, the trial court clerk filed a supplemental clerk's record, which contains the trial court's order appointing counsel, M. Patrick Maguire, to represent appellant in this appeal.

We, therefore, ORDER this appeal reinstated on this court's docket. Appellant's brief is due on or before **December 29, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court